No. 88–5033. BIRGES v. NEVADA. Appeal from Sup. Ct. Nev. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5084. MARTIN v. MARYLAND STATE BOARD OF LAW EXAMINERS ET AL. Appeal from Ct. App. Md. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5165. ROTT v. METROPOLITAN FEDERAL SAVINGS & LOAN ASSOCIATION OF JAMES TOWN, NORTH DAKOTA. Appeal from Sup. Ct. N. D. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5167. MCALISTER v. ATLANTIC RICHFIELD CO. ET AL. Appeal from Sup. Ct. Kan. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5239. BOLTON v. CALIFORNIA. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5323. GAUNCE v. ST. PAUL MERCURY INSURANCE CO. ET AL. Appeal from C. A. 6th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–1818. BADHAM ET AL. v. EU, SECRETARY OF STATE OF CALIFORNIA, ET AL. Appeal from D. C. N. D. Cal. dismissed for want of jurisdiction. JUSTICE WHITE and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.